UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| CMLNV CIVIC CENTER LLC, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiff, | | 2:11-cv-00120-PMP-PAL |
| v. | | |
| WILLIAM E. QUINN, IV; QUINN FAMILY TRUST 2006 LIVING TRUST AGREEMENT; GOWAN INDUSTRIAL LLC; and REBECCA L. QUINN, | | ORDER |
| Defendants. | | |

Having read and considered Plaintiff's Response (Doc. #16) to this Court's Order to Show Cause (Doc. #13),

IT IS ORDERED that Plaintiff's claims against the remaining Defendants are hereby DISMISSED without prejudice.

DATED: November 6, 2012

_____
PHILIP M. PRO
United States District Judge