UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CMLNV CIVIC CENTER LLC, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WILLIAM E. QUINN, IV; QUINN )<br>FAMILY TRUST 2006 LIVING TRUST )<br>AGREEMENT; GOWAN INDUSTRIAL )<br>LLC; and REBECCA L. QUINN, )<br>)<br>Defendants. )<br>) | 2:11-cv-00120-PMP-PAL<br><br>ORDER |

Having read and considered Plaintiff's Response (Doc. #16) to this Court's Order to Show Cause (Doc. #13),

IT IS ORDERED that Plaintiff's claims against the remaining Defendants are hereby DISMISSED without prejudice.

DATED: November 6, 2012

_____
PHILIP M. PRO
United States District Judge